FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JUL 22 PM 12: 29
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
v. )
)
BARBARA J. WALLACE, ) CASE NO. CR415-210
)
    Defendant. )
)

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 42), to which there have been no objections. After careful review of the record in this case, the Report and Recommendation is **ADOPTED** as the Court's opinion and Defendant's Motion to Declare 18 U.S.C. § 1347 Unconstitutionally Vague as Applied to Barbara Wallace and to Dismiss the Indictment (Doc. 26) is **DENIED**.

SO ORDERED this 22ⁿᵈ day of July 2016.

_____
WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA