UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 4:15CR210 |
| BARBARA J. WALLACE | ) | |
| Defendant. | ) | |

## ORDER

Defendant Barbara J. Wallace, who has filed a notice of appeal (doc. 63), seeks authorizations to obtain a transcript of her sentencing hearing (held May 24, 2017) at public expense. Docs. 66, 66-1, 66-3. As defendant appears to be indigent, her motion is hereby GRANTED.

SO ORDERED, this 5th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA